UNITED STATES of America,
Plaintiff–Appellee,

v.

Douglas Edward MORRIS,
Defendant–Appellant.

No. 15–7984.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Douglas Edward Morris, Appellant Pro Se. John Lanier File, Assistant United States Attorney, Beckley, West Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Edward Morris appeals the district court's order denying a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Morris' motions for appointment of counsel and affirm the district court's judgment. *United States v. Morris,* No. 5:14–cr–00103–1 (S.D.W.Va. Dec. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*